UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | 5:19-cr-00357 |
| | * | |
| **VERSUS** | * | |
| | * | Magistrate Judge Hornsby |
| **JOSEPH MALMAY** | * | |

<u>**BILL OF INFORMATION**</u>

THE UNITED STATES ATTORNEY CHARGES:

<u>**COUNT 1**</u>
**Operating a Commercial Motor Vehicle
Without a Commercial Driver's License
49 U.S.C. § 521(b)(6)(B)(i)**

On or about April 6, 2016, in the Western District of Louisiana, **Joseph Malmay** knowingly and willfully operated a commercial motor vehicle from Negreet, Louisiana to Hemphill, Texas, while failing to possess a commercial driver's license, all in violation of 49 United States Code, Sections 521(b)(6)(B)(i), 31302, and 31305(b), and Title 49, Code of Federal Regulations, Sections 383.23(a) and 383.53(a).  [49 U.S.C. §§ 521(b)(6)(B)(i), 31302, and 31305(b); 49 C.F.R. §§ 383.23(a) and 383.53(a)].

<u>**COUNT 2**</u>
**Operating a Commercial Motor Vehicle
Without a Commercial Driver's License
49 U.S.C. § 521(b)(6)(B)(i)**

On or about September 6, 2016, in the Western District of Louisiana, **Joseph Malmay** knowingly and willfully operated a commercial motor vehicle from Zwolle, Louisiana to Many, Louisiana, while failing to possess a commercial driver's license,

all in violation of 49 United States Code, Sections 521(b)(6)(B)(i), 31302, and 31305(b), and Title 49, Code of Federal Regulations, Sections 383.23(a) and 383.53(a).  [49 U.S.C. §§ 521(b)(6)(B)(i), 31302, and 31305(b); 49 C.F.R. §§ 383.23(a) and 383.53(a)].

**COUNT 3**
**Operating a Commercial Motor Vehicle**
**Without a Commercial Driver's License**
**49 U.S.C. § 521(b)(6)(B)(i)**

On or about July 5, 2018, in the Western District of Louisiana, **Joseph Malmay** knowingly and willfully operated a commercial motor vehicle from Zwolle, Louisiana to Hemphill, Texas, while failing to possess a commercial driver's license, all in violation of 49 United States Code, Sections 521(b)(6)(B)(i), 31302, and 31305(b), and Title 49, Code of Federal Regulations, Sections 383.23(a) and 383.53(a).  [49 U.S.C. §§ 521(b)(6)(B)(i), 31302, and 31305(b); 49 C.F.R. §§ 383.23(a) and 383.53(a)].

Respectfully Submitted,

DAVID C. JOSEPH
United States Attorney

*/s/ Cadesby B. Cooper*
CADESBY B. COOPER (NY #5415583)
Assistant U.S. Attorney
300 Fannin Street, Suite 3201
Shreveport, LA  71101
Phone: (318) 676-3600